| | | PERIOD ENDING - | 09/30/2010 | | **THE TIMKEN COMPANY** |
|---|---|---|---|---|---|
| **NAME -** DONNY R WILLIAMS | | GROSS PAY - | 3684.84 | | NET PAY - 3242.22 |
| | | | | | DEPOSIT DATE - 9/29/2010 |

| HOURS | EARNINGS | CURRENT PERIOD | YEAR TO DATE | TAX STATUS | TAXES & DEDUCTIONS | CURRENT PERIOD | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | PENSION | 3284.84 | 29563.56 | | FED INC TX | 336.06 | 3024.54 |
| | SUPPLEMENT | 400.00 | 3600.00 | | OH STATE | 106.56 | 959.04 |
| | | | | | NET | 3242.22 | 29179.98 |



# TIMKEN
Where You Turn

**Non-Negotiable**