# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-60003 (RK) |
| | ) | |
| Donny Ray Williams, | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | Judge Russ Kendig |

## UNITED STATES TRUSTEE STATEMENT OF PRESUMED ABUSE

The United States Trustee has reviewed all materials filed by the debtors and has determined that the debtor's case is presumed to be an abuse under 11 U.S.C. §707(b).

    Respectfully submitted,

    DANIEL M. MCDERMOTT
    United States Trustee, Region 9

by:     /s/ Dean P. Wyman
    Dean P. Wyman (#0007848)
    Senior Trial Attorney
    Department of Justice
    Office of the U.S. Trustee
    H.M. Metzenbaum U.S. Courthouse
    201 Superior Avenue, Suite 441
    Cleveland, Ohio 44114-1240
    (216) 522-7800 Ext. 260
    (216) 522-7193 (fax)
    Dean.P.Wyman@usdoj.gov